FILED 17 NOV '21 10:52 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland_____ DIVISION

Christopher Alsobrook

*(Enter full name of plaintiff)*

Plaintiff,

v.

De Wayne Hendrix

FCI Sheridan

*(Enter full name of ALL defendant(s))*

Christopher Alsobrook Defendant(s).

Civil Case No. ____3:21-cv-01667-JR____
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes    ☒ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**    Name: Christopher Alsobrook

Street Address: P.O Box 5000

City, State & Zip Code: Sheridan, OR 97378

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**    Name: DeWayne Hendrix

Street Address: P.O box 8000

City, State & Zip Code: Sheridan, OR 97378

Telephone No.: _____

**Defendant No. 2**    Name: FCI Sheridan

Street Address: PO box 8000

City, State & Zip Code: Sheridan, OR. 97378

Telephone No.: _____

**Defendant No. 3**    Name: _____

Street Address: _____ N/A _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**    Name: _____

Street Address: _____ N/A _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                          2
[Rev. 01/2018]

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

_____
_____
_____

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I committed a crime, I accepted responsibility and I was punished accordingly in the federal system. I was treated inhumanely since my arrival at FCI Sheridan, the unit team which consist of a secretary, counselor, case manager and unit manager. An out of these four positions only two are filled since my arrival at this prison. In lockdown they kept me in solitary confinement for more then three days without shower, without picking up dirty trays and denied medical care when requested. It's inhumane and morally wrong.

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

N/A

N/A

## Claim III

*State here as briefly as possible the **facts** of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

N/A

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes          ☒ No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

It would be gratefully appreciated if this court appointed a counsel for me who can do his legal work in his professional manner due to the conditions at FCI Sheridan. My mental health is not stable and I will leave it up to the courts for legal compensation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __14__ day of __November__, 20__21__.

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)                    5
[Rev. 01/2018]